IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH THOMAS, | : | |
| *Petitioner*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-2484 |
| | : | |
| TAMMY FERGUSON, *et al.*, | : | |
| *Respondents*. | : | |

# **ORDER**

**AND NOW**, this 31st day of May, 2018, upon consideration of Petitioner's Petition, (ECF No. 1-1), Respondents' Response thereto, (ECF No. 15), and the full record, the Court **OVERRULES** Petitioner's objections, **ADDOPTS AND CONFIRMS** the R&R, and **DENIES** Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.